```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
YUDITH REYNOSO-HICIANO,                :    25cv5177 (DLC)
                                      :
                          Movant,      :        ORDER
                                      :
          -v-                          :
                                      :
UNITED STATES OF AMERICA,              :
                                      :
                          Respondent.  :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

In a letter dated July 1, 2025, which was received and docketed on July 14, movant Yudith Reynoso-Hiciano submitted an application for appointment of counsel. It is hereby

ORDERED that the movant's application for the appointment of counsel is denied without prejudice to renewal after receipt of her submission regarding her diligence and any extraordinary circumstances, which is due August 29, 2025.

Dated:    New York, New York
          July 17, 2025

                                           _____
                                                    DENISE COTE
                                           United States District Judge