**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

YUDITH REYNOSO-HICIANO,

Petitioner, 25 **CIVIL** 5177 (DLC)

-against- **JUDGMENT**

UNITED STATES OF AMERICA,

Respondent.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated July 6, 2026, the June 20, 2025 petition for a writ of habeas corpus is denied. Reynoso having not made a substantial showing of a denial of a federal right, a certificate of appealability shall not be granted. Hoffler v. Bezio, 726 F.3d 144, 154 (2d Cir. 2013). Pursuant to 28 U.S.C. § 1915(a)(3), any appeal from the Opinion and Order would not be taken in good faith.

**DATED:** New York, New York
July 7, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**